# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0734
_____

TRISTAN MICHAEL HYDE,

Petitioner,

v.

FLORIDA DEPARTMENT OF LEGAL
AFFAIRS,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


July 25, 2024


PER CURIAM.

DISMISSED.

BILBREY, M.K. THOMAS, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____


Tristan Michael Hyde, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.